**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Matthew Oskowis,<br><br>              Plaintiff,<br><br>v.<br><br>Sedona Oak-Creek Unified School District #9,<br><br>              Defendant. | No. CV-15-08064-PCT-DJH<br><br>**ORDER TO SHOW CAUSE** |

      Pursuant to this Court's prior order (Doc. 11), the parties were directed to meet and confer at least 21 days before the August 26, 2015 Scheduling Conference, as required by Fed.R.Civ.P. 26(f), and file a Joint Case Management Report with the Clerk of Court **not less than seven (7) days** before the August 26, 2015 Rule 16 Scheduling Conference. To date, the parties have not filed a Joint Case Management Report or other notice advising the Court of the status of the case.

      Accordingly,

      **IT IS ORDERED** that Plaintiff show cause in writing **on or before Monday, August 24, 2015** why this lawsuit should not be dismissed without prejudice for failing to comply with the Court's prior order. Absent good cause shown, the failure to timely file a pleading showing cause as set forth herein shall result in the dismissal without prejudice of this case in its entirety.

. . . .

. . . .

If Plaintiff complies with the Court's order on or before August 24, 2015, the undersigned will automatically discharge and vacate this OSC without imposing any sanctions.

Dated this 20th day of August, 2015.

                                        Honorable Diane J. Humetewa
                                        United States District Judge